United States District Court
Middle District of Florida
Jacksonville Division

**MIKE SMALDORE,**

    *Plaintiff,*

v.                                                                                                                 No. 3:14-CV-258-J-34PDB

**MAGISTRATE ROBERT L. CARPENTER,**

    *Defendant.*

___

## Report and Recommendation

For the following reasons, I recommend dismissing this case without prejudice for failure to prosecute.

This case began when Mike Smaldore sent the Court a handwritten document titled, "Demand for Probable Cause Hearing to File Formal Criminal Charges Against Magistrate Robert L. Carpenter," in which he complains about alleged actions by a state magistrate judge in Jacksonville, North Carolina. Doc. 1. The Clerk of Court entered it in the docket as a complaint and assigned it a case number.

Because it appeared that Mr. Smaldore had sent the document to this Court out of confusion, I entered an order explaining that this Court is in the Jacksonville Division of the United States District Court for the Middle District of Florida, and decides only federal cases connected to Jacksonville, Florida, and its surrounding areas, and that the Southern Division of the United States District Court for the Eastern District of North Carolina decides federal cases connected to Jacksonville, North Carolina. Doc. 3 at 1. The order notified him that he could not proceed in this

Court unless he first remedied several identified deficiencies. Doc. 3. The order attached a blank civil-complaint form, blank forms to request permission to proceed in forma pauperis, and the *Guide for Proceeding Without a Lawyer*. Doc. 3. The order warned him that, if he did not comply with the order by April 15, 2014, I would presume that he had intended to file his document elsewhere and, without further notice, recommend dismissal for failure to prosecute. Doc. 3 at 2.

April 15 has passed without Mr. Smaldore responding to the order. Doc. 3. I thus presume that he had intended to file his document elsewhere. For that reason, I recommend that the Court **dismiss** this case without prejudice under Local Rule 3.10(a) for failure to prosecute.*

**Entered** in Jacksonville, Florida, on April 17, 2014.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

Copy to:

Mike Smaldore
Brevard County Jail
860 Camp Road
Cocoa, FL 32927

---

*The plaintiff may file and serve specific written objections to this report and recommendation within 14 days of service. *See* Fed. R. Civ. P. 72(b)(2); Local Rule 6.02(a). His failure to do so may alter the scope of direct and appellate review. *See* Fed. R. Civ. P. 72(b)(3); *Dupree v. Warden*, 715 F.3d 1295, 1300 (11th Cir. 2013).